**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60209-CR-GAYLES/STRAUSS

18 U.S.C. § 922(o)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

MAXON ALSENAT,

Defendant.
_____/

FILED BY_____AT_____D.C.

**Oct 26, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about June 21, 2023, in Broward County, in the Southern District of Florida, the defendant,

**MAXON ALSENAT,**

knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), in that the defendant possessed a machinegun conversion device, a part designed and intended solely and exclusively, and a combination of parts designed and intended, for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o)(1).

1

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MAXON ALSENAT**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 922(o), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                          CASE NO.: _____

v.

                                                  **CERTIFICATE OF TRIAL ATTORNEY**

MAXON ALSENAT,

_____/                **Superseding Case Information:**
                  Defendant.                      New Defendant(s) (Yes or No) _____
**Court Division** (select one)                    Number of New Defendants _____
   ☐ Miami   ☐ Key West   ☐ FTP       Total number of counts _____
   ☒ FTL   ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No_____
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)
   I   ☒ 0 to 5 days   ☐ Petty
   II   ☐ 6 to 10 days   ☐ Minor
   III   ☐ 11 to 20 days   ☐ Misdemeanor
   IV   ☐ 21 to 60 days   ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No_____
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No_____
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No_____
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No_____

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No_____

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No_____

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No_____

      By: _____

         Bruce O. Brown
         Assistant United States Attorney
         FL Bar No.    999490

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   Maxon Alsenat

**Case No**: _____

Count #: 1

Possession of a Machinegun, in violation of Title 18, United States Code, Section 922(o)(1)

* **Max. Term of Imprisonment:** 10 Years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**